IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-Z-0072 (MJW)

EARBY MOXON,

    Plaintiff,

v.

GANGANDE SINGH,

    Defendant.

_____

ORDER
_____

    In consideration of the order entered by Magistrate Judge Michael J. Watanabe at his settlement conference held July 29, 2005, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before August 12, 2005.  If by that date settlement papers have not been received by the Court, on August 19, 2005, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this  2  day of August, 2005.

                                  BY THE COURT:

                                  s/ Zita L. Weinshienk
                                  _____
                                  ZITA L. WEINSHIENK,  Senior Judge
                                  United States District Court