IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00072-ZLW-MJW

EARBY MOXON,

    Plaintiff,

v.

GANGANDE SINGH,

    Defendant.

___

ORDER OF DISMISSAL
___

    Pursuant to and in accordance with the Joint Stipulation For Dismissal With Prejudice, signed by Plaintiff personally and the attorney for Defendant, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.

    DATED at Denver, Colorado, this   17   day of August, 2005.

                                          BY THE COURT:

                                          s/ Zita L. Weinshienk
                                          _____
                                          ZITA L. WEINSHIENK,  Senior Judge
                                          United States District Court